Joseph E. Halloran, Appellee, v. Chicago and North Western Railway Company, Appellant.

Gen. No. 43,130.

Heard in the third division, first district, this court at the October term, 1944; opinion filed May 18, 1945; rehearing opinion filed November 7, 1945; released for publication November 27, 1945. Drennan J. Slater and James B. O'Shaughnessy, for appellant; Joseph D. Ryan and Louis P. Miller, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.